UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:18-cr-00288-SVW |
| Date | October 4, 2018 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter

| Paul M. Cruz | Deborah Gackle | Alexander F. Porter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Roshanak Khadem | Not | | X | Amanda R. Touchton | Not | | X |
| | | | | Garo B. Ghazarian | Not | | X |
| | | | | Vicki I. Podberesky | Not | | X |
| 2. Gary Jizmejian | Not | | X | Mark T. Pollitt | Not | | X |
| | | | | Mark S. Hardiman | Not | | X |
| 3. Robert Mariano | X | | X | William C. Fleming, Jr. | X | | X |
| | | | | Richard Moss | | | X |
| 4. Marina Sarkisyan | X | | X | David A. Kettel | X | | X |
| 5. Lucine Ilagezyan | Not | | X | George G. Mgdesyan | Not | | X |

**Proceedings:**   STATUS CONFERENCE

    Case called.  Attorneys state their appearance.  David Kaloyanides states his appearance as stand-by advisory counsel.  The Court notes that defendants Khadem, Jizmjian, Ilagezyan, and their counsel failed to appear.

    The Court is advised that attorney Kettel has submitted a Request for Approval for Substitution of Counsel.  The Court reviews the request.  The request is granted.  The Court signs the proposed order. The Court believes that the issues raised in government's motion [110] have been resolved as to defendant Sarkisyan.

    The Court is further advised that defendant Mariano is seeking to retain new counsel.  The Court sets a further status conference solely for defendant Mariano and his attorney William Fleming for October 11, 2018 at 1:30 p.m. to determine whether the issues raised in government's motion [110] have been resolved as to defendant Mariano.

    The conference is adjourned.  The Court thanks attorney Kaloyanides for his appearance and willingness to act as stand-by counsel.

                                                                                                           :     16

                                                                               Initials of Deputy Clerk    PMC

cc:   USPO
      USM
      PSLA